UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. SA CV 20-02235-DOC (ADSx)                    Date: January 25, 2021

Title: Isidro Garcia v. Guckenheimer Enterprise Inc., et al.

PRESENT: The Honorable DAVID O. CARTER, U.S. District Judge

| Kelly Davis | Debbie Gale |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Nicholas Cameron | Drank Mirsch |
|  | Julia O'Dell |

**PROCEEDINGS (HELD VIA ZOOM):** **PLAINTIFF'S MOTION TO REMAND CASE TO THE ORANGE COUNTY SUPERIOR COURT & FOR ATTORNEY'S FEES [12]**

Case called. Court and counsel confer.

Plaintiff's Motion to Remand Case to the Orange County Superior Court and For Attorney's Fees is GRANTED IN PART and DENIED IN PART.

THE COURT orders the case REMANDED. The court DENIES Plaintiff's motion for attorney fees.

                                                                                    :   18
                                        Initials of Clerk    kd